PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DEBRA L. HURST, ) | |
| ) | CASE NO. 5:11CV667 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| ESTATE OF PETRO ZIRIADA, *et al.*, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| Defendants. ) | **ORDER** [Regarding ECF No. 17] |

Before the Court is the Report and Recommendation of Magistrate Judge George Limbert (ECF No. 17) recommending the Court grant Plaintiff Debra L. Hurst's motion for default judgment (ECF No. 4) against Defendants Estate of Petro Ziriada and Tee Max Automotive, enter default judgment against Defendants Estate of Petro Ziriada and Tee Max Automotive, and schedule a hearing on damages at a later time. The Magistrate Judge also recommended that Plaintiff's motion for default judgment against Defendant LG Auto Sales be denied.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id.*; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

(4:10cv1119)

In the instant case, the parties have not filed objections to the Report and Recommendation. The Court finds that the Report and Recommendation is supported by the record, and agrees with the Magistrate Judge's recommendation.

Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation. ECF No. 17. Plaintiff's motion for default judgment (ECF No. 4) is granted as to Defendants Estate of Petro Ziriada and Tee Max Automotive, but denied as to Defendant LG Auto Sales. The Court therefore enters default judgment against Defendants Estate of Petro Ziriada and Tee Max Automotive, and shall schedule a hearing on damages concerning these two Defendants at a later time.

IT IS SO ORDERED.

| | |
|---|---|
| August 1, 2012 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |